The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

WENSHUANG YUAN,

                              Plaintiff,

        v.

U.S. DEPARTMENT OF STATE, et al.,

                              Defendants.

Case No. 2:26-CV-00590-KKE

STIPULATED MOTION AND ORDER
FOR EXTENSION OF TIME TO
RESPOND TO MOTION

Noted for Consideration:
May 21, 2026

## **JOINT STIPULATION**

The Parties, through undersigned counsel, jointly file this stipulation, asking the Court to extend the deadline for the filing of Plaintiff's response to Defendants' motion until June 5, 2026, and Defendants' reply until June 19, 2026.

Plaintiff filed the Complaint on February 20, 2026, and Defendants filed a Motion to Dismiss on May 1, 2026. Plaintiff's current deadline to respond is May 22, 2026. The Parties have agreed to extend Plaintiff's deadline until June 5, 2026, as Plaintiff is gathering additional information to fully respond to the dispositive motion. Further, the Parties have agreed to extend Defendants' reply deadline until June 19, 2026. Therefore, the Parties submit there is good cause for a brief extension of Plaintiff's time to respond to the Defendants' motion, and Defendants' time to file their reply.

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO MOTION
[Case No. 2:26-cv-00590-KKE] - 1

**SO STIPULATED.**


DATED May 21, 2026.

Respectfully submitted,

| | |
|---|---|
| *s/ Nicholas Power* | *s/ Kyle A. Forsyth* |
| Nicholas Power, WSBA No. 45974 | KYLE. A. FORSYTH, WSBA No. 34609 |
| The Law Office of Nicholas Power, PLLC | Assistant United States Attorney |
| 540 Guard St. Ste. 150 | United States Attorney's Office |
| Friday Harbor, WA 98250 | Western District of Washington |
| Phone: 360.298.0464 | 700 Stewart Street, Suite 5220 |
| Email: nickedpower@gmail.com | Seattle, Washington 98101-1271 |
| | Phone:  206-553-7970 |
| *s/ Christina S. Castro* | Fax:     206-553-2422 |
| Christina S. Castro | Email:  kyle.forsyth@usdoj.gov |
| Hacking Immigration Law, LLC | |
| 10121 Manchester Road, Suite A | *Attorney for Defendants* |
| St. Louis. MO 63122 | |
| (O) 314.961.8200 | |
| (F) 314.961.8201 | |
| (E) csullivan@hackingimmigrationlaw.com | |

*Attorneys for Plaintiff*

I certify that this memorandum contains 131 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO MOTION
[Case No. 2:26-cv-00590-KKE] - 2

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED.  Plaintiff shall file their Response by June 5, 2026, and Defendants may file their reply by June 19, 2026.

DATED this 22nd day of May 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO MOTION
[Case No. 2:26-cv-00590-KKE] - 3